UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTOPHER S. STARKGRAF,<br><br>Plaintiff,<br><br>v.<br><br>SAMANTHA LYONS, *et al.*,<br><br>Defendants. | CASE NO. 3:23-cv-05497-TMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion for Voluntary Dismissal (Dkt. 18) is **GRANTED**. This matter is **DISMISSED without prejudice**.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 22nd day of April, 2024.

Tiffany M. Cartwright
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1